Erika Birch (Bar No.7831)
Kass Harstad (Bar No. 8419)
**STRINDBERG SCHOLNICK BIRCH**
**HALLAM HARSTAD THORNE**
1516 W. Hays St.
BOISE, ID 83702
(t) 208.336.1788
(f) 208.287.3708
Email: erika@idahojobjustice.com
           kass@utahjobjustice.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **ALESHEA L. BOALS**,<br><br>           Plaintiff,<br><br>vs.<br><br>**CANYON COUNTY SHERIFF'S OFFICE; and SHERIFF KIERAN DONAHUE, in his individual capacity.**<br><br>           Defendants. | **SERVICE STATUS REPORT**<br><br>Civil No. 1:22-CV-00179-REP<br><br>District Judge Raymond Patricco |

Pursuant to Dist. Idaho L. Rule 4.1, Plaintiff hereby provides notice that service of the Complaint and summonses in this case has not yet been completed. Plaintiff provided Defendants' counsel with courtesy copies of the Complaint via e-mail on April 22, 2022. Plaintiff will likely be amending her claims before service, but will officially serve the lawsuit within the 90 days provided under Fed. R. Civ .P 4(m).

DATED this 20th day of May, 2022.

                                        **STRINDBERG SCHOLNICK BIRCH HALLAM HARSTAD THORNE**

                                        /s/ Erika Birch
                                        Kass Harstad
                                        Erika Birch
                                        Attorneys for Plaintiff