Erika Birch (Bar No.7831)
Kass Harstad (Bar No. 8419)
**STRINDBERG SCHOLNICK BIRCH**
**HALLAM HARSTAD THORNE**
1516 W. Hays St.
Boise, ID 83702
(t) 208.336.1788
(f) 208.287.3708
Email: erika@idahojobjustice.com
         kass@utahjobjustice.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **ALESHEA L. BOALS**, <br><br> Plaintiff, <br><br> vs. <br><br> **CANYON COUNTY SHERIFF'S OFFICE; and SHERIFF KIERAN DONAHUE, in his individual capacity.** <br><br> Defendants. | **STIPULATED MOTION TO DISMISS ACTION WITH PREJUDICE** <br><br> Civil No. 1:22-CV-00179-AKB <br><br> District Judge Amanda K Brailsford |

Plaintiff Aleshea Boals and Defendants Canyon County Sheriff's Office and Sheriff Kieran Donahue, by and through their respective undersigned counsel of record, hereby stipulate and agree that the above-entitled action, and the causes of action and defenses raised therein, shall be dismissed with prejudice with each party to bear their own costs and attorneys' fees. A Proposed Order is attached hereto as Exhibit A, and Defendants' counsel will email copies of the executed settlement agreement to the Court on Monday, September 18, 2023.

/ / /

Dated this 15th day of September, 2023.

                                **STRINDBERG SCHOLNICK BIRCH**
                                **HALLAM HARSTAD THORNE**

                                /s/ *Kass Harstad*
                                Erika Birch
                                Kass Harstad
                                *Attorneys for Plaintiff*


                                **CASTLETON LAW**

                                */s/ Bruce Castleton (signed with permission)*
                                Bruce Castleton
                                *Attorneys for Defendant*